■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNELL FRANK, Appellant. [932 NYS2d 474]—

Following our remittitur (*People v Frank*, 65 AD3d 461 [2009]), Supreme Court conducted a hearing and properly denied the motion to suppress. Defendant's contention that Supreme Court incorrectly limited the scope of the suppression hearing to issues arising out of *Payton v New York* (445 US 573 [1980]) is not preserved for our review (*see* CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Defense counsel raised no objection to the court's repeated pronouncements as to the scope of the hearing and implicitly approved the determination that the hearing would be limited to the alleged *Payton* violation. As an alternative holding, we find no error since our remittitur was based on our finding that defendant's counsel provided all the particulars required in a motion alleging a *Payton* violation and the People's response was inadequate to resolve that issue without a hearing.

We perceive no basis for reducing the sentence. Concur—Andrias, J.P., Friedman, Catterson and Acosta, JJ.